**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LATIN AMERICAN MUSIC CO., INC., ET AL.,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE ARCHDIOCESE OF SAN JUAN OF THE ROMAN CATHOLIC AND APOSTOLIC CHURCH, ET AL.,<br><br>    Defendants. | CIVIL NOS. 96-2312 (PG)<br>97-2356 (PG)<br>97-2875 (PG)<br>98-1597 (PG)<br>00-1618 (PG) |

**PARTIAL JUDGMENT**

In light of this Court's Opinion and Order of August 1, 2005, Partial Judgment is hereby issued as follows:

  i. the claims, counterclaims and affirmative defenses of Latin-American Music Company, Inc. ("LAMCO"), Asociacion de Compositores y Editores de Musica Latino Americana, Inc. ("ACEMLA"), and Mr. Luis Raul Bernard in these consolidated cases are hereby **DISMISSED WITH PREJUDICE**;

 ii. Special Master, Mr. Morton D. Goldberg, is entitled to recover from LAMCO, ACEMLA and Mr. Bernard, jointly and severally, the sum of $152,865.13 in compensation for services rendered as Special Master;

iii. the Special Master is **DISCHARGED** with the gratitude of the Court;

 iv. the Special Master's Report and Recommendation is **APPROVED AND ADOPTED IN PART**, as specified in the Court's Opinion and Order of August 1, 2005;

  v. the joint motion for summary judgment by Peer International Corporation, Peer International Corporation of Puerto Rico, Southern Music Publishing Company, Inc., Peermusic Ltd., Sonido, Inc. d/b/a FAF Publishing, EMI Catalogue Partnership, EMI April Music, Inc., and Broadcast Music Inc. (collectively referred to as the "Peer Parties") is **GRANTED IN PART**, as to the infringement claims regarding ownership of songs for which the Special Master's Report and Recommendation was approved and adopted;

Civil No. 96-2312 (PG)                                                    Page 2

    vi. the Peer Parties are entitled to recover from LAMCO, ACEMLA and Mr. Bernard, jointly and severally, the sum of $313,500 assessed by this Court as statutory damages for the infringement of their copyrights under 17 U.S.C. § 504(c); and

    vii. the Peer Parties are authorized to submit and application for reasonable attorney fees and costs.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, August 1, 2005.


                                           <u>S/ JUAN M. PÉREZ-GIMÉNEZ</u>
                                           JUAN M. PÉREZ-GIMÉNEZ
                                           UNITED STATES DISTRICT JUDGE