UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LATIN AMERICAN MUSIC CO. INC, et als | * | Case No. 96-2312 |
|     Plaintiffs, | * | (PG) |
| | * | |
| vs. | * | |
| | * | |
| THE ARCHDIOCESE OF SAN JUAN ROMAN CATHOLIC & APOSTOLIC CHURCH, et als | * | |
|     Defendants | * | |
| _____ | * | |
| TURABO RADIO CORP, et als | * | Case No. 97-2356 |
|     Plaintiffs, | * | (PG) |
| | * | |
| vs. | * | |
| | * | |
| ASOCIACION DE COMPOSITORES Y EDITORES DE MUSICA LATINOAMERICANA, INC. et als | * | |
|     Defendants | * | |
| _____ | * | |
| TURABO RADIO CORP., et als | * | Case No. 98-1597 |
|     Plaintiffs, | * | (PG) |
| | * | |
| v. | * | |
| | * | |
| PEER; PEER PR; et als | * | |
|     Defendants | * | |
| _____ | * | |
| PEER INTERNATIONAL CORP., et als | * | Case No. 97-2875 |
|     Plaintiffs | * | (PG) |
| | * | |
| vs. | * | |
| LATIN AMERICAN MUSIC CO., INC., THE ARCHDIOCESE OF SAN JUAN, Et als | * | |
|     Defendants | * | |
| _____ | * | |

**MOTION FOR ATTORNEYS' FEES**

1

COMES NOW, Codefendants and Third Party Plaintiffs, Turabo Radio Corp. ARSO Radio Corporation WNEL-AM a/k/a Radio Tiempo and WTVA-FM a/k/a Salsoul; El Mundo Broadcasting Corp., WKAQ-FM a/k/a KQ105; and Prime Media Broadcasting Group, Inc., WZNT-FM a/k/a Z-93 through their undersigned attorney and very respectfully state and pray:

1. This Court dismissed with perjudice the LAMCO Parties' claims, counterclaims and affirmative defenses. This Court also authorized the parties to submit their application for attorneys' fees.

3. The Codefendants and Third Party Plaintiffs, Turabo Radio Corp. ARSO Radio Corporation WNEL-AM a/k/a Radio Tiempo and WTVA-FM a/k/a Salsoul; El Mundo Broadcasting Corp., WKAQ-FM a/k/a KQ105; and Prime Media Broadcasting Group, Inc., WZNT-FM a/k/a Z-93 are entitled to an award of attorneys' fees as follows:

    a. Civil No. 97-2356 = $ 57,975.00 see Docket Number 381.

WHEREFORE it is respectfully prayed that this Honorable court award the codefendants and Third Party Plaintiffs, Turabo Radio Corp. ARSO Radio Corporation WNEL-AM a/k/a Radio Tiempo and WTVA-FM a/k/a Salsoul; El Mundo Broadcasting Corp., WKAQ-FM a/k/a KQ105; and Prime Media Broadcasting Group, Inc., WZNT-FM a/k/a Z-93 the Attorneys fees of $57,975.00.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, 31 day of October, 2005.

I hereby certify the on October 31, 2005, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: ANGEL N. CARO, ESQ., ERNESTO HERNANDEZ MILAN, ESQ., BARRY I. SLOTNICK, ESQ., DIEGO A RAMOS, ESQ., RICHARD H REIMER, ESQ, FRANCISCO A BESOSA, ESQ., NESTOR M. MELENDEZ GOMEZ, ESQ.

DORA M. PENAGARICANO, ESQ., MAYRA M. GONZALEZ-REYES, ESQ., LUIS R. PEREZ GIUSTI, ESQ., JORGE R. ROIG COLON, ESQ. AND JANE BECKER WHITAKER, ESQ.

s/ROBERTO SUEIRO DEL VALLE
USDC No. 207801
Tulipán 170
Urb. San Francisco
San Juan, PR 00927-6221
Tel.: 753-4712 Fax: 274-0191
E-MAIL: sueirolaw@yunque.net
robertosueiro@yunque.net
